Privileged Settlement Communication                                                                 Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jose Jacinto Mendez Luna | 9/2/2015 | 12/31/2015 | 17 | 83.5 | 7 | $ 20.00 | $ 30.00 | $ 8.75 | $ 13.13 | $ 2,105.00 | $ 800.00 | $ 1,305.00 | $ 22,185.00 | $ 22,185.00 | $ 1,041.25 |
|  | 1/1/2016 | 2/29/2016 | 8 | 83.5 | 2 | $ 20.00 | $ 30.00 | $ 9.00 | $ 13.50 | $ 2,105.00 | $ 800.00 | $ 1,305.00 | $ 10,440.00 | $ 10,440.00 | $ 144.00 |
|  | 3/1/2016 | 5/31/2016 | 13 | 58 | 2 | $ 20.00 | $ 30.00 | $ 9.00 | $ 13.50 | $ 1,340.00 | $ 800.00 | $ 540.00 | $ 7,020.00 | $ 7,020.00 | $ 234.00 |
|  | 7/1/2016 | 12/23/2016 | 25 | 58 | 2 | $ 20.00 | $ 30.00 | $ 9.00 | $ 13.50 | $ 1,340.00 | $ 800.00 | $ 540.00 | $ 13,500.00 | $ 13,500.00 | $ 450.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 53,145.00 | $ 53,145.00 | $ 1,869.25 |
| Willan Orlando Orellana Mendoza | 7/1/2016 | 8/31/2016 | 9 | 68.5 | 6 | $ 12.50 | $ 18.75 | $ 9.00 | $ 13.50 | $ 1,034.38 | $ 500.00 | $ 534.38 | $ 4,809.38 | $ 4,809.38 | $ 486.00 |
|  | 9/1/2016 | 9/21/2016 | 3 | 68.5 | 6 | $ - | $ - | $ 9.00 | $ 13.50 | $ 744.75 | $ - | $ 744.75 | $ 2,234.25 | $ 2,234.25 | $ 162.00 |
|  | 9/22/2016 | 11/11/2016 | 7 | 68.5 | 6 | $ 12.50 | $ 18.75 | $ 9.00 | $ 13.50 | $ 1,034.38 | $ 500.00 | $ 534.38 | $ 3,740.63 | $ 3,740.63 | $ 378.00 |
|  | 11/12/2016 | 12/24/2016 | 6 | 68.5 | 6 | $ - | $ - | $ 9.00 | $ 13.50 | $ 744.75 | $ - | $ 744.75 | $ 4,468.50 | $ 4,468.50 | $ 324.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 15,252.75 | $ 15,252.75 | $ 1,350.00 |
| Jose Antonio Martinez Vallejo | 11/20/2016 | 12/24/2016 | 5 | 62.5 | 2 | $ - | $ - | $ 9.00 | $ 13.50 | $ 663.75 | $ - | $ 663.75 | $ 3,318.75 | $ 3,318.75 | $ 90.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | $ 3,318.75 | $ 3,318.75 | $ 90.00 |
|  |  |  |  |  |  |  |  |  |  |  |  | TOTAL: | $ 71,716.50 | $ 71,716.50 | $ 3,309.25 |

1 This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2 Plaintiffs reserve the right to correct or amend this chart.
3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

| Filing Date |
|---|
| FLSA |
| NYLL |
| Amendment |
| Today |

Privileged Settlement Communication                                                                                                             Subject to  Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Tools of the Trade | Bounced Payments | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|---|
| Jose Jacinto Mendez Luna | 9/2/2015 | 12/31/2015 | $ 1,041.25 | $ 5,000.00 | $ 5,000.00 | $ 4,581.72 | $ 215.04 | $ - | $ 3,200.00 | $ 61,249.26 |
|  | 1/1/2016 | 2/29/2016 | $ 144.00 |  |  | $ 1,923.13 | $ 26.53 |  |  | $ 23,117.66 |
|  | 3/1/2016 | 5/31/2016 | $ 234.00 |  |  | $ 1,161.59 | $ 38.72 |  |  | $ 15,708.31 |
|  | 7/1/2016 | 12/23/2016 | $ 450.00 |  |  | $ 1,687.91 | $ 56.26 |  |  | $ 29,644.17 |
|  |  |  | $ 1,869.25 | $ 5,000.00 | $ 5,000.00 | $ 9,354.35 | $ 336.55 | $ - | $ 3,200.00 | $ 129,719.41 |
|  |  |  |  |  |  |  |  |  |  |  |
| Willan Orlando Orellana Mendoza | 7/1/2016 | 8/31/2016 | $ 486.00 | $ 5,000.00 | $ 5,000.00 | $ 668.91 | $ 67.60 | $ 2,000.00 | $ 2,400.00 | $ 25,727.26 |
|  | 9/1/2016 | 9/21/2016 | $ 162.00 |  |  | $ 287.89 | $ 20.87 |  |  | $ 5,101.26 |
|  | 9/22/2016 | 11/11/2016 | $ 378.00 |  |  | $ 448.78 | $ 45.35 |  |  | $ 8,731.38 |
|  | 11/12/2016 | 12/24/2016 | $ 324.00 |  |  | $ 484.32 | $ 35.12 |  |  | $ 10,104.44 |
|  |  |  | $ 1,350.00 | $ 5,000.00 | $ 5,000.00 | $ 1,889.91 | $ 168.94 | $ 2,000.00 | $ 2,400.00 | $ 49,664.35 |
|  |  |  |  |  |  |  |  |  |  |  |
| Jose Antonio Martinez Vallejo | 11/20/2016 | 12/24/2016 | $ 90.00 | $ 5,000.00 | $ 5,000.00 | $ 356.43 | $ 9.67 | $ 80.00 | $ 80.00 | $ 17,263.60 |
|  |  |  | $ 90.00 | $ 5,000.00 | $ 5,000.00 | $ 356.43 | $ 9.67 | $ 80.00 | $ 80.00 | $ 17,263.60 |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  | $ 3,309.25 | $ 15,000.00 | $ 15,000.00 | $ 11,600.70 | $ 515.16 | $ 2,080.00 | $ 5,680.00 | $ 196,647.35 |

|  |
|---|
| 4/28/2017 |
| 4/28/2014 |
| 4/28/2011 |
| 4/9/2011 |
| 2/15/2018 |