## *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200     Fax:(212) 317-1620

Jose Jacinto Mendez Luna                                          February 15, 2018

|              |                |
|--------------|----------------|
| File #:      | Secara         |
| **Attention:** Inv #: | Sample |

**RE:**   JOSE JACINTO MENDEZ LUNA et al v. 234 EAST 4TH STREET RESTAURANT, CORP. et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-30-17 | interviewed new clients | 2.50 | 437.50 | PL |
| Apr-26-17 | discussed facts of case with PL; researched and found language to use in the complaint | 0.30 | 135.00 | MF |
| Apr-28-17 | reviewed and corrected complaint; sent complaint to staff for confirmation with clients | 3.80 | 1,710.00 | MF |
|  | discussed problem we are having with client and agreed to withdraw him from the case | 0.20 | 90.00 | MF |
|  | reviewed and corrected complaint | 0.90 | 405.00 | MF |
|  | finalized and filed complaint | 1.50 | 262.50 | PL |
| May-30-17 | Research (Looking for owners) | 3.00 | 525.00 | PL |
|  | Drafted damage calculations | 0.50 | 87.50 | PL |
| Jun-28-17 | interviewed new client | 0.75 | 131.25 | PL |
| Oct-06-17 | Reviewed and revised amended complaint | 2.20 | 550.00 | SI |
| Oct-10-17 | Reviewed and filed motion to amend complaint | 0.20 | 50.00 | SI |

|  |  | Hours | Amount |  |
|---|---|---|---|---|
|  | Reviewed and filed motion for adjournment of initial conference | 0.10 | 25.00 | SI |
| Oct-31-17 | Drafted letter to judge regarding adjournment of initial conference | 0.20 | 50.00 | SI |
| Feb-01-18 | Drafted letter to judge regarding intention to file default motion | 0.30 | 75.00 | SI |
| Feb-09-18 | motion for default | 0.50 | 125.00 | HA |
| Feb-12-18 | motion for default | 6.00 | 1,500.00 | HA |
| Feb-14-18 | Reviewed and made changes to OTSC for default judgment | 3.20 | 800.00 | SI |
| Feb-15-18 | Reviewed and finalized default motion | 1.60 | 400.00 | SI |
|  | Totals | 27.75 | $7,358.75 |  |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Apr-28-17 | Filing of complaint | 400.00 |
| Oct-28-17 | Process Server: Service on Adolfo Toro (Amended Complaint) | 84.70 |
|  | Process Server: Service on 234 East 4th Street Restaurant Corp. | 37.20 |
| Nov-01-17 | Process Server: Service on 234 East 4th Street Restaurant Corp. (Secretary of State) | 63.00 |
| Feb-12-18 | Process Server (Service to: Christian Caicedo) | 25.00 |
|  | Process Server (Service to: Adolfo Toro) | 25.00 |
|  | Totals | $634.90 |

**Total Fee & Disbursements**                                                                 **$7,993.65**

**Balance Now Due**                                                                                    **$7,993.65**